UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PONTIER,<br><br>                Plaintiff,<br><br>v.<br><br>GEICO INSURANCE, MARYLAND CORPORATION; FARMERS INC., CORPORATION; JP MORTGAGE CHASE BANK, N.A., A DELAWARE CORPORATION; JOSEPH DANG, AN INDIVIDUAL,<br><br>                Defendants. | Case No.: 21cv0199-GPC(AHG)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STAY THE CASE PENDING APPEAL**<br><br>[Dkt. No. 48.] |

      Before the Court is Plaintiff David Pontier's motion to stay the case pending the appeal filed with the Ninth Circuit in the related case *Dang v. Pontier*, 19cv1519-GPC(DEB). (Dkt. No. 48.) On January 11, 2011, in *Dang v. Pontier*, Counterclaimant Pontier filed a notice of appeal of numerous orders of the Court. (Case No. 19cv1519, Dkt. No. 159.)

      On March 10, 2021, the Ninth Circuit issued an order indicating that the only appealable issue is the Court's December 18, 2020 order granting Plaintiff Dang's motion to enjoin and directed Pontier to show cause why the scope of the appeal should not be

1

limited to a review of that order. (*Id.,* Dkt. No. 163.) The Ninth Circuit's docket shows that Pontier filed a response to the Ninth Circuit order, and Dang filed a reply. Accordingly, because Case No. 19cv1519 remains on appeal with the Ninth Circuit and this case was transferred to this Court based on its December 18, 2020 order, the Court GRANTS Pontier's motion to stay the case. As such, the Court **vacates** the hearing of May 7, 2021 on Geico and JP Morgan Chase Bank's motions to dismiss and hearing of June 18, 2021 on Pontier's motion for leave to file an amended complaint.

   IT IS SO ORDERED.

Dated: April 22, 2021

Hon. Gonzalo P. Curiel
United States District Judge