UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PONTIER,<br><br>                Plaintiff,<br><br>v.<br><br>GEICO INSURANCE, et al.,<br><br>                Defendants. | Case No.: 21cv199-LL-DDL<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO STAY**<br><br>[ECF No. 123] |

On May 27, 2024, Plaintiff David Pontier, proceeding pro se, filed a Motion to Stay ("Motion"). ECF No. 123. Plaintiff seeks to stay this matter until final rulings are issued on his motions challenging subject matter jurisdiction, and alternatively, venue in his related interpleader case. *Id.* at 2, 12–13. The Court notes that Plaintiff filed this Motion within two weeks of the first filing of three motions to dismiss. *See* ECF Nos. 113, 115, 116. While this Motion was pending, Plaintiff filed a motion for extension of time on June 13, 2024 to respond to the motions to dismiss. ECF No. 126. The Court did not find good cause on Plaintiff's motion but extended the briefing schedules in its discretion. ECF No. 131. A few days later, Defendant Joseph Dang filed an Opposition to the Motion to Stay. ECF No. 132.

/ / /

Plaintiff's motions challenging subject matter jurisdiction and venue in the related interpleader case have since been ruled on and denied. *See* Order Denying Motion to Dismiss and Denying Motion for Change of Venue, *Dang v. Pontier*, No. 19cv1519-LL-DDL (S.D. Cal. Sept. 30, 2024), ECF No. 220; *see also* Order Granting Defendant Pontier's Motion for Default Judgment and Denying Without Prejudice Request for Damages, *Dang v. Pontier*, No. 19cv1519-LL-DDL (S.D. Cal. July 22, 2020), ECF No. 98 at 6 (finding the court had jurisdiction over the interpleader complaint). Plaintiff's reason for the Motion is moot. Accordingly, the Court **DENIES** the Motion to Stay. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

**IT IS SO ORDERED**.

Dated: March 27, 2025

Honorable Linda Lopez
United States District Judge