1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          SOUTHERN DISTRICT OF CALIFORNIA
10
11    DAVID PONTIER,                          Case No.:  21cv199-LL-DDL
12                              Plaintiff,    **ORDER DENYING PLAINTIFF'S**
13    v.                                      **MOTION TO STAY**
14    GEICO INSURANCE, et al.,
15                            Defendants.     [ECF No. 143]
16
17
18          On June 30, 2024, Plaintiff David Pontier, proceeding pro se, filed a Motion to Stay
19    ("Motion"). ECF No. 143. Plaintiff seeks to stay this matter pending resolution of his
20    appeal filed June 6, 2024 in the related interpleader case of *Dang v. Pontier*, No. 19cv1519-
21    LL-DDL (S.D. Cal.). ECF No. 143; *see also* Notice of Appeal, *Dang v. Pontier*, No.
22    19cv1519-LL-DDL (S.D. Cal. June 6, 2024), ECF No. 206. The Ninth Circuit has since
23    ruled on the appeal. Order, *Dang v. Pontier*, No. 19cv1519-LL-DDL (S.D. Cal. Sept. 23,
24    2024), ECF No. 218. Plaintiff's reason for the Motion is now moot. Accordingly, the Court
25    **DENIES** the Motion. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power
26    to stay proceedings is incidental to the power inherent in every court to control the
27    / / /
28    / / /

1

disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

**IT IS SO ORDERED**.

Dated:  March 27, 2025

_____

Honorable Linda Lopez
United States District Judge

21cv199-LL-DDL