# EXHIBIT A

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

SAN DIEGO, CA 92101

| | | |
|---|---|---|
| Certified Mail Fee | $3.55 | 0015 19 |
| $ | | |
| Extra Services & Fees (check box, add fee as appropriate) | $2.85 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $8.70 | |
| $ | | 07/22/2020 |
| Total Postage and Fees | | |
| $ | $15.10 | |

Postmark: JUL 22 2020 CHICK VISTA USPS LAS VEGAS

Sent To: Andrew Servais
Street and Apt. No., or PO Box No.: Suite 1200 600 W Broadway
City, State, ZIP+4®: S.D., CA, 92101

7019 2970 0001 5759 3869

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Andrew Servais
Suite 1200
600 W. Broadway
S.D., CA, 92101

9590 9402 5601 9274 8982 03

2. Article Number (Transfer from service label)

119 2970 0001 5759 3869

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _CV 19_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt