# EXHIBIT B

# CHASE

Manage your account online at: www.chase.com/cardhelp | Customer Service: 1-800-524-3880 | Mobile: Download the Chase Mobile® app today

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---:|
| **PAYMENTS AND OTHER CREDITS** | | |
| 06/29 | & Payment Thank You-Branch Cash | -1,970.00 |
| 06/24 | & PAYPAL *EBAY INC 402-935-7733 CA | -495.00 |
| 06/16 | & ADVENTURE ACADEMY 866-922-1679 CA | -59.99 |
| 06/24 | & DNH*GODADDY.COM 480-5058855 AZ | -300.00 |
| 07/13 | & REDEMPTION CREDIT | -170.60 |
| 07/15 | & Payment Thank You-Branch Cash | -1,800.00 |
| 07/24 | Payment Thank You-Branch Cash | -1,040.00 |
| **PURCHASE** | | |
| 06/24 | & DNH*GODADDY.COM 480-5058855 AZ | 300.00 |
| 06/24 | & REDBOX *DVD RENTAL OAKBROOK TER IL | 1.07 |
| 06/25 | & EXTRA SPACE 0159 702-2580083 NV | 182.50 |
| 06/30 | & NETFLIX.COM NETFLIX.COM CA | 12.99 |
| 07/01 | & ACPARTSDISTRIBUTORS 321-396-5208 FL | 239.92 |
| 07/01 | & AMZN Mktp US*MJ0X76OR0 Amzn.com/bill WA | 32.50 |
| 07/02 | & Amazon Prime*MJ07T7O12 Amzn.com/bill WA | 12.99 |
| 07/04 | & DisneyPLUS 888-9057888 CA | 6.99 |
| 07/04 | & PUBLIC STORAGE 23111 800-567-0759 NV | 498.00 |
| 07/04 | & PUBLIC STORAGE 21103 800-567-0759 NV | 270.00 |
| 07/04 | & PUBLIC STORAGE 21103 800-567-0759 NV | 206.00 |
| 07/07 | & EXTRA SPACE 0159 702-2580083 NV | 133.00 |
| 07/07 | & EXTRA SPACE 0159 702-2580083 NV | 133.00 |
| 07/09 | & AMZN Mktp US*MJ8JV6XY2 Amzn.com/bill WA | 41.72 |
| 07/09 | & AMZN Mktp US*MJ0668BH0 Amzn.com/bill WA | 86.65 |
| 07/09 | & USPS PO 3148950015 LAS VEGAS NV | 13.80 |
| 07/11 | & APPLE.COM/BILL 866-712-7753 CA | 4.99 |
| 07/11 | & VZWRLSS*PRPAY AUTOPAY 888-294-6804 FL | 60.00 |
| 07/14 | & STARZ ENTERTAINMENT 855-247-9175 CO | 8.99 |
| 07/14 | & Amazon Digit*MV3G99ZC1 amzn.com/bill WA | 14.99 |
| 07/13 | & EXTRA SPACE 0159 702-2580083 NV | 184.00 |
| 07/22 | USPS PO 3148950015 LAS VEGAS NV | 40.39 |

| 2020 Totals Year-to-Date | |
|---|---:|
| Total fees charged in 2020 | $0.00 |
| Total interest charged in 2020 | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 18.99%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 24.99%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 18.99%(v)(d) | - 0 - | - 0 - |

**30 Days in Billing Period**

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

## IMPORTANT NEWS

Get 5% cash back on up to $1,500 in combined purchases in this quarter's bonus categories between July 1 & September 30, 2020. Learn more and activate at chase.com/freedom or call 1-800-524-3880 by Sept 14, 2020.

# EXHIBIT C

To David Pontier, Pro Se I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you. I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case. I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service. I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from April 13, 2021 , the date when this request was sent (or 90 days if it was sent outside the United States).

If I fail to do so, a default judgment will be entered against me or the entity I represent.

April 16, 2021 (Date)

*James Chang /bL* (Signature of the attorney or unrepresented party)

James J. Chang, for State Bar of California (Printed name)

180 Howard Street  SF, CA 94105 (Address)

james.chang@calbar.ca.gov (E-mail address)

415-538-2381 (Telephone number)

Rule 4.1 FEDERAL RULES OF CIVIL PROCEDURE 8 (Attach the following) DUTY TO AVOID UNNECESSARY EXPENSES OF SERVING A SUMMONS Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure. "Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service. If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

2

RULE 4 WAIVER OF THE SERVICE OF SUMMONS.    Case No: 2:20-CV-01446-RFB-BNW

**EXHIBIT D**

Glenn Nusbaum DC
7801 Mission Center Ct Ste 330
San Diego, CA 92108

(619) 495-1900

STATEMENT       GLEN NUSBUAM

Date: 10/22/2018

Last Claim:
Last Payment:
Last Charge:   08/08/2012

DAVID PONTIER
2727 DE ANZA RD B22
SAN DIEGO, CA 92109

Patient: PONTIER, DAVID          Case Type: PI-2          Account No: 1537-1

| Date | Dr | Description | Code | DOU | Mod | Charge | Credit | Adjust | Pt Port | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/26/2012 | 1 | THERAP 1/> AREAS/15 MIN | 97124 | | | 50.00 | .00 | .00 | .00 | 4,705.00 |
| 07/26/2012 | 1 | HEAT/COLD | 97010 | | | 25.00 | .00 | .00 | .00 | 4,730.00 |
| 07/27/2012 | 1 | CHIROPRACTIC MANIP TX | 98940 | | | 40.00 | .00 | .00 | .00 | 4,770.00 |
| 07/27/2012 | 1 | EMS | 97014 | | | 25.00 | .00 | .00 | .00 | 4,795.00 |
| 07/27/2012 | 1 | THERAP 1/> AREAS/15 MIN | 97124 | | | 50.00 | .00 | .00 | .00 | 4,845.00 |
| 07/27/2012 | 1 | HEAT/COLD | 97010 | | | 25.00 | .00 | .00 | .00 | 4,870.00 |
| 07/30/2012 | 1 | CHIROPRACTIC MANIP TX | 98940 | | | 40.00 | .00 | .00 | .00 | 4,910.00 |
| 07/30/2012 | 1 | EMS | 97014 | | | 25.00 | .00 | .00 | .00 | 4,935.00 |
| 07/30/2012 | 1 | MYOFASCIAL | 97250 | | | 50.00 | .00 | .00 | .00 | 4,985.00 |
| 07/30/2012 | 1 | HEAT/COLD | 97010 | | | 25.00 | .00 | .00 | .00 | 5,010.00 |
| 07/31/2012 | 1 | CHIROPRACTIC MANIP TX | 98940 | | | 40.00 | .00 | .00 | .00 | 5,050.00 |
| 07/31/2012 | 1 | EMS | 97014 | | | 25.00 | .00 | .00 | .00 | 5,075.00 |
| 07/31/2012 | 1 | THERAP 1/> AREAS/15 MIN | 97124 | | | 50.00 | .00 | .00 | .00 | 5,125.00 |
| 07/31/2012 | 1 | HEAT/COLD | 97010 | | | 25.00 | .00 | .00 | .00 | 5,150.00 |
| 08/02/2012 | 1 | CHIROPRACTIC MANIP TX | 98940 | | | 40.00 | .00 | .00 | .00 | 5,190.00 |
| 08/02/2012 | 1 | EMS | 97014 | | | 25.00 | .00 | .00 | .00 | 5,215.00 |
| 08/02/2012 | 1 | THERAP 1/> AREAS/15 MIN | 97124 | | | 50.00 | .00 | .00 | .00 | 5,265.00 |
| 08/02/2012 | 1 | HEAT/COLD | 97010 | | | 25.00 | .00 | .00 | .00 | 5,290.00 |
| 08/06/2012 | 1 | CHIROPRACTIC MANIP TX | 98940 | | | 40.00 | .00 | .00 | .00 | 5,330.00 |
| 08/06/2012 | 1 | EMS | 97014 | | | 25.00 | .00 | .00 | .00 | 5,355.00 |
| 08/06/2012 | 1 | MYOFASCIAL | 97250 | | | 50.00 | .00 | .00 | .00 | 5,405.00 |
| 08/06/2012 | 1 | HEAT/COLD | 97010 | | | 25.00 | .00 | .00 | .00 | 5,430.00 |
| 08/07/2012 | 1 | CHIROPRACTIC MANIP TX | 98940 | | | 40.00 | .00 | .00 | .00 | 5,470.00 |
| 08/07/2012 | 1 | EMS | 97014 | | | 25.00 | .00 | .00 | .00 | 5,495.00 |
| 08/07/2012 | 1 | THERAP 1/> AREAS/15 MIN | 97124 | | | 50.00 | .00 | .00 | .00 | 5,545.00 |
| 08/07/2012 | 1 | HEAT/COLD | 97010 | | | 25.00 | .00 | .00 | .00 | 5,570.00 |
| 08/08/2012 | 1 | CHIROPRACTIC MANIP TX | 98940 | | | 40.00 | .00 | .00 | .00 | 5,610.00 |
| 08/08/2012 | 1 | EMS | 97014 | | | 25.00 | .00 | .00 | .00 | 5,635.00 |
| 08/08/2012 | 1 | MYOFASCIAL | 97250 | | | 50.00 | .00 | .00 | .00 | 5,685.00 |
| 08/08/2012 | 1 | HEAT/COLD | 97010 | | | 25.00 | .00 | .00 | .00 | 5,710.00 |

# EXHIBIT E

DR. KIM

PATIENT LEDGER

DATE: 10/16/2018                                          ACCOUNT: K000003669

DAVID PONTIER
2727 DE ANZA
SAN DIEGO, CA, 92109

| DATE OF SERVICE | SERVICE PERFORMED | CHARGE | INS PAID | INS ADJUST | GUAR PAID | BALANCE |
|---|---|---|---|---|---|---|
| 07/02/12 | NEW CONSULT COMPLEX | 556.80 | .00 | 556.80 | .00 | .00 |
| 07/02/12 | SPECIAL REPORTS OR FOR | 240.00 | .00 | 240.00 | .00 | .00 |
| 08/21/12 | TFE SINGLE LUMBAR OR S | 835.20 | .00 | 835.20 | .00 | .00 |
| 08/21/12 | TFE SINGLE LUMBAR OR S | 1670.40 | .00 | 1670.40 | .00 | .00 |
| 08/21/12 | TFE MULTIPLE LUMBAR OR | 1113.60 | .00 | 1113.60 | .00 | .00 |
| 08/21/12 | TFE MULTIPLE LUMBAR OR | 2227.20 | .00 | 2227.20 | .00 | .00 |
| 08/21/12 | EPIDUROGRAM LUMBAR | 300.00 | .00 | 300.00 | .00 | .00 |
| 08/21/12 | FLURO | 100.00 | .00 | 100.00 | .00 | .00 |
| 08/21/12 | KENALOG 10 | 192.00 | .00 | 192.00 | .00 | .00 |
| 08/21/12 | BUPIVACAINE MARCAINE | 25.00 | .00 | 25.00 | .00 | .00 |
| 08/21/12 | OMIPAQUE 300 | 25.00 | .00 | 25.00 | .00 | .00 |
| 09/04/12 | TFE SINGLE LUMBAR OR S | 835.20 | .00 | 835.20 | .00 | .00 |
| 09/04/12 | TFE SINGLE LUMBAR OR S | 1670.40 | .00 | 1670.40 | .00 | .00 |
| 09/04/12 | TFE MULTIPLE LUMBAR OR | 1113.60 | .00 | 1113.60 | .00 | .00 |
| 09/04/12 | TFE MULTIPLE LUMBAR OR | 2227.20 | .00 | 2227.20 | .00 | .00 |
| 09/04/12 | EPIDUROGRAM LUMBAR | 300.00 | .00 | 300.00 | .00 | .00 |
| 09/04/12 | FLURO | 100.00 | .00 | 100.00 | .00 | .00 |
| 09/04/12 | KENALOG 10 | 192.00 | .00 | 192.00 | .00 | .00 |
| 09/04/12 | BUPIVACAINE MARCAINE | 25.00 | .00 | 25.00 | .00 | .00 |
| 09/04/12 | OMIPAQUE 300 | 25.00 | .00 | 25.00 | .00 | .00 |
| 09/14/12 | SPECIAL REPORTS OR FOR | 240.00 | .00 | 240.00 | .00 | .00 |
| 09/14/12 | ATTORNEY REPORT | 30.00 | .00 | 30.00 | .00 | .00 |
| 09/14/12 | OFFICE VISIT COMPREHEN | 208.80 | .00 | 208.80 | .00 | .00 |
| 10/29/12 | LUMBAR SINGLE FACET | 835.20 | .00 | 835.20 | .00 | .00 |
| 10/29/12 | LUMBAR SINGLE FACET | 1670.40 | .00 | 1670.40 | .00 | .00 |
| 10/29/12 | LUMBAR EACH ADDITIONAL | 1113.60 | .00 | 1113.60 | .00 | .00 |
| 10/29/12 | LUMBAR EACH ADDITIONAL | 2227.20 | .00 | 2227.20 | .00 | .00 |
| 10/29/12 | FLURO | 100.00 | .00 | 100.00 | .00 | .00 |
| 10/29/12 | KENALOG 10 | 192.00 | .00 | 192.00 | .00 | .00 |
| 10/29/12 | BUPIVACAINE MARCAINE | 25.00 | .00 | 25.00 | .00 | .00 |
| 10/29/12 | OMIPAQUE 300 | 25.00 | .00 | 25.00 | .00 | .00 |
| 11/05/12 | OFFICE VISIT COMPREHEN | 208.80 | .00 | 208.80 | .00 | .00 |
| 11/05/12 | SPECIAL REPORTS OR FOR | 240.00 | .00 | 240.00 | .00 | .00 |
| 12/13/12 | SPECIAL REPORTS OR FOR | 240.00 | .00 | 240.00 | .00 | .00 |
| 12/13/12 | OFFICE VISIT COMPREHEN | 208.80 | .00 | 208.80 | .00 | .00 |
| 02/26/13 | OFFICE VISIT COMPREHEN | 208.80 | .00 | 208.80 | .00 | .00 |

TOTAL CHARGES           : 21547.20
TOTAL INSURANCE PAYMENTS :     .00
TOAL PATIENT PAYMENTS    :     .00
TOAL ADJUSTMENTS         : 21547.20
TOTAL BALANCE            :     .00

# EXHIBIT F

Print

## Statement

| PATIENT NAME | | | IF PAYING BY CREDIT, FILL OUT BELOW. CHECK CARD USED | | |
|---|---|---|---|---|---|
| David Pontier | | | [ ] MASTER CARD | [ ] VISA | [ ] DISCOVER |
| **BILL DATE** 07/27/2016 | **ACCT** 8489 | **AMOUNT PAID** | **CARD NUMBER** | | **AMOUNT PAID** |
| | | | SIGNATURE: | | EXP.DATE: |
| | | | AMOUNT ENCLOSED: | | |
| Joseph Dang, ESQ 7964 Arjons Dr #H108 San Diego CA 92126 | | | THIS IS A STATEMENT OF SERVICES RENDERED BY PHYSICIAN(S) WHO ARE MEMBERS OF: San Diego Neurosurgery 9834 Genessee Ave Ste 310 La Jolla CA 92037 858-909-9033 | | |

| DATE OF SERVICE | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|
| 03/20/2013 | Claim:8418, Provider: Elamparo | |
| 03/20/2013 | 99245 High Complexity (60-80) | 554.12 |
| 03/20/2013 | Z0003 PHONE CONFERENCE (04/16/2013) | 212.50 |
| | Your Balance Due On These Services ... | 766.62 |

| DATE | PATIENT NAME | ACCT. NO. | PAY THIS AMOUNT | |
|---|---|---|---|---|
| 07/27/2016 | David Pontier | 8489 | | 766.62 |

This is a statement for professional services rendered by your physician. You may receive a separate bill from the hospital for its services.

**MAKE CHECK PAYABLE TO:** San Diego Neurosurgery

**IMPORTANT MESSAGE REGARDING YOUR ACCOUNT**

# EXHIBIT G

# UMR

## Medical Payment Summary

Claimant: PONTIER, DAVID
Date of Incident: 03/18/2012
Last Update: 10/12/2015
File Number: 25679507
Analyst: Scott Manitz

Please send all payments to:

UMR
75 Remittance Drive
Suite 6019
Chicago, IL 60675-6019

Tax ID # 41-1858498

Total Billed: $16,331.04
Total Paid: $4,741.05
Remaining Balance: $4,741.05
Created On: 10/19/2015

| First Date of Service | Claim Number | Provider | Amount Billed | Amount Paid | Paid Date | Capitated | Diagnosis Codes | Diagnosis Desc. |
|---|---|---|---|---|---|---|---|---|
| 06/16/2014 | 14177949551 | CARULLO,RALPH,MD | $163.00 | $132.86 | 06/16/2014 | No | 724.2 | LUMBAGO |
| 06/26/2014 | 14186350369 | DZUNG,HO,V,MD | $560.00 | $158.13 | 06/26/2014 | No | 722.10, 722.10, 722.10 | DISPLACEMENT OF LUMBAR INTERVERTEBRAL DISC WITHOUT MYELOPATH |
| 06/26/2014 | 14239320897 | QUEST DIAGNOSTICS | $1,311.38 | $485.62 | 06/26/2014 | No | 780.96 | GENERALIZED PAIN |
| 06/27/2014 | 14248386516 | GROVER,JASWINDER,S,MD | $1,038.75 | $180.25 | 06/27/2014 | No | 724.2, 724.2 | LUMBAGO |
| 06/27/2014 | 14335027086 | GROVER,JASWINDER,S,MD | $118.75 | $37.86 | 06/27/2014 | No | 724.2, 724.2, 724.2 | LUMBAGO |
| 08/07/2014 | 14310374315 | DZUNG,HO,V,MD | $240.00 | $69.45 | 08/07/2014 | No | 722.10 | DISPLACEMENT OF LUMBAR INTERVERTEBRAL DISC WITHOUT MYELOPATH |
| 08/21/2014 | 14285373379 | GROVER,JASWINDER,S,MD | $390.00 | $45.81 | 08/21/2014 | No | 724.4, 724.4 | THOR/LUMBOSACRL NURIT/RADICULIT UNS |
| 08/28/2014 | 14335026781 | GROVER,JASWINDER,S,MD | $1,793.75 | $736.33 | 08/28/2014 | No | 724.2, 724.2, 724.2 | LUMBAGO |
| 09/04/2014 | 14276391981 | FISHER,CHRISTOPHER,MD | $770.00 | $128.89 | 09/04/2014 | No | 724.4 | THOR/LUMBOSACRL NURIT/RADICULIT UNS |
| 09/22/2014 | 14310398301 | FISHER,CHRISTOPHER,MD | $2,400.01 | $857.91 | 09/22/2014 | No | 724.4, 724.4 | THOR/LUMBOSACRL NURIT/RADICULIT UNS |
| 09/22/2014 | 14318005175 | SMOKE RANCH SURG CTR | $2,664.01 | $559.05 | 09/22/2014 | No | 724.4, 724.4 | THOR/LUMBOSACRL NURIT/RADICULIT UNS |
| 09/24/2014 | 14279011317 | UNIV MED CTR OF S NV | $987.64 | $201.68 | 09/24/2014 | No | 815.00, 815.00 | ==CLOSED FRACTURE OF METACARPAL BONE(S), SITE UNSPECIFIED== |
| 10/01/2014 | 14287011700 | TAYLOR,ARTHUR,J,MD | $970.00 | $500.21 | 10/01/2014 | No | 815.00, 815.00, 815.00 | ==CLOSED FRACTURE OF METACARPAL BONE(S), SITE UNSPECIFIED== |
| 12/11/2014 | 15006406699 | GROVER,JASWINDER,S,MD | $558.75 | $95.31 | 12/11/2014 | No | 724.2 | LUMBAGO |
| 12/16/2014 | 15015303399 | GHUMAN,BABUK,MD | $390.00 | $45.81 | 12/16/2014 | No | 724.2, 724.2 | LUMBAGO |
| 12/30/2014 | 15009006517 | BALODIMAS,JAMES,MD | $1,100.00 | $222.47 | 12/30/2014 | No | 724.2 | LUMBAGO |
| 12/30/2014 | 15042374956 | SAWI,ZIAD,MD | $875.00 | $283.41 | 12/30/2014 | No | 724.2 | LUMBAGO |
| | | Subtotals: | $16,331.04 | $4,741.05 | | | | |