UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PONTIER,<br><br>                              Plaintiff,<br><br>v.<br><br>GEICO INSURANCE, et al.,<br><br>                              Defendants. | Case No.:  21cv199-LL-DDL<br><br>**ORDER DENYING PENDING MOTIONS AS MOOT**<br><br>[ECF Nos. 163, 164, 165, 172] |

In light of the Court's March 2, 2026 Order dismissing this case [ECF No. 173], all pending motions filed by Plaintiff are **DENIED AS MOOT** [ECF Nos. 163, 164, 165, 172]. Alternatively, the Court also finds as follows:

1. "Motion to Vacate Order of Transfer due to Judicial Misconduct" [ECF No. 163] and "Motion to Vacate Void Transfer, Vacate All Post-Transfer Orders and Return Case to the District of Nevada" [ECF No. 172] are substantially similar and rely on the allegation that this district never had subject matter jurisdiction over the related interpleader case of *Dang v. Pontier*, No. 19cv1519-LL-DDL (S.D. Cal. Sept. 30, 2024). These Motions are **DENIED** for the same reason that the substantially same allegations were previously denied in the related case. *See* Order Denying Motion to Dismiss and Denying Motion for Change of Venue, *Dang v. Pontier*, No. 19cv1519-LL-DDL (S.D. Cal. Sept. 30, 2024),

1

ECF No. 220 (finding the court had jurisdiction over the interpleader complaint); Order Granting Defendant Pontier's Motion for Default Judgment and Denying Without Prejudice Request for Damages, *Dang v. Pontier*, No. 19cv1519-LL-DDL (S.D. Cal. July 22, 2020), ECF No. 98 at 6 (finding the court had jurisdiction over the interpleader complaint).

2. "Motion to Vacate Order Setting Aside Default (Dkt 100)" [ECF No. 164] is **DENIED** for the same reasons the same arguments were previously denied on March 27, 2025. ECF No. 155 (Order Denying Plaintiff's Motion to Vacate Order Granting State Bar of California's Motion to Set Aside Default and Denying Plaintiff's Motion for Default Judgment).

3. "Motion for Recusal" [ECF No. 165] is **DENIED** for the same reasons the same arguments were previously denied on March 27, 2025. ECF No. 157 (Order Denying Plaintiff's Motion for Recusal); Order Denying David Pontier's Motion for Recusal, *Dang v. Pontier*, No. 19cv1519-LL-DDL (S.D. Cal. March 27, 2025), ECF No. 225.

**IT IS SO ORDERED.**

Dated:  March 2, 2026

_____
Honorable Linda Lopez
United States District Judge

21cv199-LL-DDL